# United States Court of Appeals
## For the First Circuit

---

No. 21-1336

RITCH CARDY DORCE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

---

**ERRATA SHEET**

The opinion of the court, issued on October 3, 2022, is amended as follows:

On page 7, line 13: Please delete "notice" before "hearing".